IN THE SUPREME COURT OF NORTH CAROLINA

No. 337A17

Filed 6 April 2018

THOMAS JACKSON and KORLETTER HORNE JACKSON

v.

CENTURY MUTUAL INSURANCE COMPANY

Appeal pursuant to N.C.G.S. § 7A-30(2) from the unpublished decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 803 S.E.2d 868 (2017), affirming an order of summary judgment entered on 3 June 2016 by Judge Susan E. Bray in Superior Court, Forsyth County. Heard in the Supreme Court on 12 March 2018.

*Botros Law, PLLC, by Tony S. Botros, for plaintiff-appellants.*

*Cranfill Sumner & Hartzog LLP, by Susan K. Burkhart, for defendant-appellee.*

PER CURIAM.

AFFIRMED.